1 Jason S. Hartley (SBN 192514)
**HARTLEY LLP**
2 101 West Broadway, Suite 820
3 San Diego, California 92101
Tel: 619-400-5822
4 *hartley@hartleyllp.com*

5 Norman E. Siegel
J. Austin Moore
6 **STUEVE SIEGEL HANSON LLP**
7 460 Nichols Road, Suite 200
Kansas City, Missouri 64112
8 Tel: 816-714-7100
*siegel@stuevesiegel.com*
9 *moore@stuevesiegel.com*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| DENISE MENEZES, individually and on behalf of all others similarly situated, | Case No. 3:21-CV-01641 |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA d/b/a UC SAN DIEGO HEALTH, | |
| Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL

1  Notice is hereby given that Plaintiff Denise Menezes voluntarily dismisses
2  this matter without prejudice against all defendants pursuant to Rule 41(a)(1)(A)(i)
3  of the Federal Rules of Civil Procedure. No defendant has made an appearance, filed
4  any answer, or any motion to dismiss. No class has been certified in this action and
5  this dismissal will not bind or prejudice any party or member of the putative class.

7  Dated: October 6, 2021

/s/ *Jason S. Hartley*
Jason S. Hartley (SBN 192514)
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, California 92101
Tel: 619-400-5822
*hartley@hartleyllp.com*

Norman E. Siegel
J. Austin Moore
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
*siegel@stuevesiegel.com*
*moore@stuevesiegel.com*

*Counsel for Plaintiff and the Class*